FILE

Copy 2 of 2.

2021 SEP 16 ID: 27

CLERK, US DISTRICT
MIDDLE DISTR
JACKSONVILLE

SEP 12 2021

FOR MAILING BY _____

Sept. 12 2021

Clerk of Court
U.S. District Court
300 N. Hogan St. Suite 9-150
Jacksonville, Florida
32202 - 4271

Inpatient - Inmate Life in Danger.

## General affidavit

I GAYNETT POWELL, Hereby swear or affirm to this Court, And All Federal Judges Concerned, that the following Statement is true and Correct and made of my Own Free Will from my Own Personal Knowledge:

ON Sept. 10, 2021 Between the hours of (9:10 A.m.) I, heard several officials Assigned to J-Dormitory Sitting at the dayroom table discussing having A (inpatient) inmate Sheffield, Assigned up Stairs in Quad (2) As Im Assigned down Stairs in quad (2), Along. With the mental Health Counselor, that their trying to Get him Out of the Cell And Have his face Cut up, That administration Was already aware of the Ploy, And Wanted it done Preferrably off Camera, but, that No ONe Would loose their Job! A. Navarro, R. Dufrene, C/O Boos And A Few others Were at the table, they Went on to discuss, that the Assigned Classification Stated Sheffield, Was Not Getting P.m. He Could Keep Waiting!

I Will And intend to testify to this Statement at Any trial, Civil and or Criminal.

It Should be Recorded that these Same Staff

have Repeatedly had myself Assaulted through other Staff in UnJustiable Uses of Forces As Im A Paralegic I Continue to Play in my Food trays daily And deny myself to Speak with A Law clerk.

All being Conducted is in a mental health building being Condoned And Supported by A Lt. Olson ect.

Their re-opening Legal Mail, hold legal mail Not forwarding Said out becouse of these type of re-Portings ect c/o A. Adyshov

Were up Under the Disability Act As mental health inpatients, And Need Some form of Investigation from the (Outside) to report these Criminal Acts too.

This is Copy 2 of 2, both Copies Were Stamped by Institutional Stamper.

Under the Penalties of Perjury I declare that I have read the foregoing affidavit (or) have had it read to me and the facts stated in it are true and Correct.

Executed ON Sept. 12, 2021

Gaynett Powell #L07899
Affiant
GAYNETT POWELL
SANTA ROSA C.I. / Annex
5850 E. Milton Rd.
Milton, Fla
32583-7914